UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD VICTOR SEVILLA,<br><br>             Plaintiff,<br><br>vs.<br><br>TERHUNE, et al.,<br><br>             Defendants.<br>_____/ | 1:06-cv-00274-AWI-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 13)<br><br>**ORDER DISMISSING ACTION** |

Plaintiff, Ronald Victor Sevilla ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 10, 2006, the Magistrate Judge filed Findings and Recommendation that recommended this action be dismissed as duplicative. The Findings and Recommendation was served on Plaintiff and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days. On May 1, 2006, plaintiff filed objections to the Magistrate Judge's Findings and Recommendation.

1

1    In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.  Plaintiff's objections do not provide a basis to not dismiss this action. While the objections address Plaintiff's underlying claims, the objections fail to address the fact that this action is duplicative of an earlier filed action.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Findings and Recommendation, filed April 10, 2006, are ADOPTED IN FULL; and,

   2.   This action is DISMISSED as DUPLICATIVE.

IT IS SO ORDERED.

**Dated:   June 27, 2006**             /s/ Anthony W. Ishii
0m8i78                          UNITED STATES DISTRICT JUDGE